# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2518

_____

SHANE GRANVILLE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


March 13, 2024


PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot. *See State ex rel. Davis v. Milledge,* 88 So. 2d 909, 909 (Fla. 1956) (dismissing mandamus proceeding because question raised in petition became moot); *see also Barrs v. Peacock*, 61 So. 118, 118 (Fla. 1913) (explaining that a court may dismiss an appeal on its own motion if it appears that "under no circumstances can th[e] relief prayed be made effective"); *Godwin v. State,* 593 So. 2d 211, 212 (Fla. 1992) ("A case is 'moot' when it presents no actual controversy or when the issues have ceased to exist. A moot case generally will be dismissed.").

LEWIS, B.L. THOMAS, and TANENBAUM, JJ., concur.

----------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

----------------------------

Shane Granville, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.